**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH FRANK KENNEDY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65606

**FILED**

JUL 24 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of attempted battery with substantial bodily harm. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Appellant Joseph Kennedy pled guilty to a charge of attempted battery with substantial bodily harm and was sentenced to 12 to 32 months of incarceration. He contends that the law should be changed to require the district court to articulate its reasons for imposing a sentence of incarceration so that sentencing decisions may be subjected to meaningful appellate review. However, appellant did not object below or ask the district court to explain its sentencing decision, and he has not demonstrated that the district court's failure to do so constitutes plain error. *See* NRS 178.602; *Mendoza-Lobos v. State*, 125 Nev. 634, 644, 218

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22537

P.3d 501, 507 (2009).    Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Hardesty

_____ J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Stefany Miley, District Judge
       Terrence M. Jackson
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk